NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEANNA FULTON, KUNOOR CHOPRA,**
*Appellants*

**v.**

**LAGUNITAS BREWING COMPANY,**
*Appellee*

---

2022-1471

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91254430.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellants' unopposed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b) and the parties' agreement as to the allocation of costs,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeal is withdrawn.

2                    FULTON v. LAGUNITAS BREWING COMPANY

(2)  Each side shall bear its own costs.

FOR THE COURT

July 11, 2022                    /s/ Peter R. Marksteiner
     Date                       Peter R. Marksteiner
                                Clerk of Court

ISSUED AS A MANDATE:  July 11, 2022